IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| SHAWN LESLIE GUYMON,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE BULLOCK, Governor of the State of Montana, TRAVIZ R. AHNER, Flathead County Attorney's Office, and DOES 1–20,<br><br>Defendants. | CV 18–177–M–DLC–JCL<br><br>ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered his Findings and Recommendations on October 12, 2018. After reviewing Plaintiff's claims pursuant to 28 U.S.C. § 1915(e)(2), Judge Lynch recommended that this action be dismissed without leave to amend. (Doc. 6 at 8.) Plaintiff did not object to the Findings and Recommendations and so has waived the right to de novo review thereof. 28 U.S.C. § 636(b)(1)(C). Absent objection, this Court reviews findings and recommendations for clear error. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a

-1-

mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted). Reviewing for clear error and finding none,

IT IS ORDERED that Judge Lynch's Findings and Recommendations (Doc. 6) are ADOPTED IN FULL and this action is DISMISSED without leave to amend.

DATED this 18th day of December, 2018.

Dana L. Christensen, Chief Judge
United States District Court