UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHAWN LESLIE GUYMON, | Case No. CV-18-177-M-DLC |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| STEVE BULLOCK ET AL, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is DISMISSED without leave to amend.

Dated this 20th day of December, 2018.

TYLER P. GILMAN, CLERK

By: /s/ Annie Puhrmann
Annie Puhrmann, Deputy Clerk